Jack CUILLA, Appellant, v. STATE of Texas, Appellee.

No. 1965.

Court of Civil Appeals of Texas. Beaumont.

July 17, 1930.

Thos. C. Turnley, of Galveston, and J. Meek Hawkins and E. H. Cavin, both of Houston, for appellant.

O'Brien Stevens and Frank Williford, Jr., both of Houston, for the State.

O'QUINN, J.

This is an appeal by appellant, Jack Cuilla, from a judgment of the district court of Harris county, Tex., disbarring him from the practice of law. Neither party has filed briefs. Under rule 38 of the Courts of Civil Appeals, the appeal should be dismissed, and it is so ordered.

Appeal dismissed.

MABRY–GREEN FOUNDRY & MACHINE CO., Appellant, v. F. D. GREEN, Appellee.

No. 2002.

Court of Civil Appeals of Texas. Beaumont.

July 17, 1930.

D. E. O'Fiel, of Beaumont, for appellant.

O. M. Lord, of Beaumont, for appellee.

O'QUINN, J.

The appeal in this case was filed in this court on April 22, 1930, and the cause duly and regularly set for submission and submitted. No appearance is made for either party by brief or otherwise, and no motion or other disposition of the case has been asked for.

The appeal is dismissed for want of prosecution. Rule 38, Courts of Civil Appeals.